IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 10-1402

NATIONAL ASSOCIATION OF SMALL TRUCKING COMPANIES, ET AL.,

Petitioners,

v.

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,

Respondent.

**PETITIONERS' STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b) and the representation of counsel for Petitioners that all matters in controversy between Petitioners and Respondent have been compromised and settled, Petitioners stipulate to the dismissal of their Petition for Review.

Dated this 9th day of March, 2011.

/s/ Henry E. Seaton
HENRY E. SEATON
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
Tel: 703-573-0700
Fax: 703-573-9786
heseaton@aol.com

*Counsel for National Association of*
*Small Trucking Companies, Inc.,*
*The Expedite Alliance of North America, and*
*Air & Expedited Motor Carriers Association*