IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 10-1402

---

NATIONAL ASSOCIATION OF SMALL TRUCKING COMPANIES, ET AL.,

Petitioners,

v.

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,

Respondent.

---

**PETITIONERS' MOTION FOR VOLUNTARY DISMISSAL**

---

Pursuant to Federal Rule of Appellate Procedure 42(b) and the representation of counsel for Petitioners that all matters in controversy between Petitioners and Respondent have been compromised and settled, Petitioners move for voluntary dismissal of their Petition for Review. This motion is unopposed.

Respectfully submitted,


/s/ Henry E. Seaton
Henry E. Seaton, Esq.
(heseaton@aol.com)
(703) 573-0700
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182


Kenneth E. Siegel
(kenneth.siegel@strasburger.com )
(202) 742-8602
Mark J. Andrews
(mark.andrews@strasburger.com )
(202) 742-8601
Strasburger & Price, LLP
1800 K St. NW, Suite 301
Washington, D.C. 20006

*Counsel for Petitioners*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 10, 2011, I filed the foregoing motion for a voluntary dismissal with the Court through the Court's Electronic Case Filing system.  As counsel for the respondent are registered ECF users, the electronic filing of the motion constitutes service upon them under the Court's Administrative Order Regarding Electronic Case Filing, ECF-7, (May 15, 2009).

/s/ Henry E. Seaton
Henry E. Seaton, Esq.

**<u>National Association of Small Trucking Companies v. FMCSA, No. 10-1402</u>**

**<u>CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES</u>**

**A. Parties and Amici**

The following parties appear in this Court and participated in the FMCSA

action subject to judicial review:

National Association of Small Trucking Companies

The Expedite Alliance of North America

Air & Expedited Motor Carriers Association

**B. Rulings Under Review**

Petitioners seek judicial review of an administrative action in administrative

Docket No. FMSCA 2004-18898.  Notice of the agency's intent to take the action

under review was published at 75 Fed. Reg. 18256 (April 9, 2010).  Details of the

action are published on the agency's web site at http://csa2010.fmcsa.dot.gov.

**C. Related Cases**

Counsel for Petitioners are not aware of any related cases.

/s/ Henry E. Seaton
Henry E. Seaton, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(703) 573-0700
heseaton@aol.com

Kenneth E. Siegel
(kenneth.siegel@strasburger.com )
(202) 742-8602
Mark J. Andrews
(mark.andrews@strasburger.com )
(202) 742-8601
Strasburger & Price, LLP
1800 K St. NW, Suite 301
Washington, D.C. 20006

*Counsel for Petitioners*